No. 912. IMPERIAL TOBACCO CO. (OF GREAT BRITAIN AND IRELAND), LTD. *v.* PHILIP MORRIS INC. C. A. 4th Cir. Certiorari denied. MR. JUSTICE FORTAS took no part in the consideration or decision of this petition. *W. Brown Morton, Jr.,* for petitioner. *Leslie D. Taggart* and *Lewis T. Booker* for respondent. 

No. 849. INGALLS ET UX. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Frank Bainbridge* for petitioners. *Solicitor General Griswold, Assistant Attorney General Rogovin, Meyer Rothwacks,* and *Louis M. Kauder* for the United States. 

No. 853. BATSELL *v.* UNITED STATES. C. A. 8th Cir. Motion to dispense with printing petition granted. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Edward Fenig* for the United States. 

No. 875. ARMEMENT DEPPE, S. A., ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE STEWART is of the opinion that certiorari should be granted. *Leonard G. James* and *F. Conger Fawcett* for petitioners. *Solicitor General Griswold, Acting Assistant Attorney General Eardley,* and *John C. Eldridge* for the United States. 

No. 284, Misc. ORR *v.* NEW YORK. C. A. 2d Cir. Certiorari denied. *Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Lillian Z. Cohen,* Assistant Attorney General, for respondent.